United States District Court
Southern District of Texas

**ENTERED**

February 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JINLONG WANG,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00243** |
| | § | |
| **WARDEN OF WEBB COUNTY** | § | |
| **DETENTION CENTER, *et al.*,** | § | |
| **Respondent.** | § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1) and Motion for Temporary Restraining Order, (Dkt. No. 3). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Warden of Webb County Detention Center; and the Director of Laredo ERO Field Office, as as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than March 6, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than March 14, 2026**.[1]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), on Federal Respondents, by and through the United States Attorney for the Southern District of Texas, and the Webb County Detention Center, via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

- The United States Attorney for the Southern District of Texas may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002.
- Warden of Webb County Detention Center may be served at Webb County Detention Center, 9998 S. Highway 83, Laredo, TX 78046.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usa.doj.gov to provide notice of this

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

action. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court: Webb County Detention Center, 9998 S. Highway 83, Laredo, TX 78046.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on February 23, 2026.

John A. Kazen
United States District Judge