United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JINLONG WANG,<br>*Petitioner,* | § | |
| v. | § | Civil No. 5:26-cv-00243 |
| WARDEN OF WEBB COUNTY DETENTION CENTER and DIRECTOR OF LAREDO ERO FIELD OFFICE,<br>*Respondents.* | § | |

# ORDER

Before the Court is Respondents' Advisory Relating to the Court's Order in Docket Entry No. 5. Dkt. No. 12. Respondents advised that the Department of Homeland Security ("DHS") intended to remove Petitioner on or around March 17, 2026. *Id.* at 1. The Court appreciates Respondents' proper compliance with the Court's Order. However, this action remains pending, and Petitioner subsequently filed a Reply to Respondents' Response and Motion for Summary Judgment. Dkt. No. 13. Accordingly, Respondents are **ORDERED** to file a joint advisory by **July 24, 2026**, notifying the Court whether they have effectuated Petitioner's removal. Should Respondents wish to seek dismissal of this action, they may file their motion to dismiss by **July 24, 2026**.

IT IS SO ORDERED

Signed this June 26, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge